**Dim NJAKA, Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Appellee.**

**Nos. 06–4004, 07–1177.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 10, 2008.

Filed: June 13, 2008.

Dim Njaka, Long Lake, MN, for Appellant.

David W. Fuller, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Dim Njaka appeals the district court's [1] dismissal of

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

his employment-discrimination action and the court's denial of his motion for reconsideration. Having carefully reviewed the parties' arguments and the submissions on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. The pending motions are denied.